SIDNEY KOWLER, Respondent, *v.* NATIONAL TRANSPORTATION Co., INC., Appellant, et al., Defendants.

Argued April 14, 1943; decided May 27, 1943.

*James A. Doherty* and *Philip Hoffer* for appellant.

*Arthur N. Seiff, Phillip S. Rivlin* and *Louis L. Resnick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.